No. 464. ÆTNA INDEMNITY COMPANY, PETITIONER, *v.* JAMES R. CROWE COAL AND MINING COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit

Court of Appeals for the Eighth Circuit denied. *Mr. James S. Botsford* and *Mr. William B. Horner* for petitioner. *Mr. L. C. Boyle* and *Mr. W. F. Guthrie* for respondent.